### JAMES EWING *v.* COMMONWEALTH.

**Indictment—Allegation of Time.**
    An indictment for a misdemeanor is sufficient if it alleges that the offense was committed in a certain month, without giving the day of the month.

#### APPEAL FROM MARION CIRCUIT COURT.

December 6, 1871.

OPINION OF THE COURT BY JUDGE PRYOR:

We perceive no error in the judgment of the court below. The indictment alleges that the accused on the day of April, 1870, unlawfully carried concealed on his person a deadly weapon, a pistol, at James Spalding's magistrates court. This is not material in a case like this except to show that it was previous to the finding of the indictment. If the indictment had alleged that he carried concealed this pistol in the month of April, 1870, it would have been sufficient. The proof shows that it was carried at Spalding's magistrates court, and whether it was at the regular court or not is immaterial. This proof authorized the instructions given.

The judgment is affirmed.

*Belden & Cleaver, for appellant.*
*Atorney General, for appellee.*